**DENY and Opinion Filed December 30, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01277-CV

## IN RE LINDSEY MONJURE, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-54257-2016**

## MEMORANDUM OPINION
Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Myers

In this original proceeding, relator seeks a writ of mandamus compelling the

trial court to vacate as void all prior orders regarding the children. Entitlement to

mandamus relief requires relator to show that the trial court clearly abused its

discretion and that she lacks an adequate remedy by appeal. *In re Prudential Ins. Co.*

*of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing the petition and the record before us, we conclude that relator

has failed to demonstrate that the trial court abused its discretion. Accordingly, we

deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Having denied

the petition, we also deny as moot relator's emergency motion to stay the underlying

proceedings.

221277f.p05          /Lana Myers//
                                LANA MYERS
                                JUSTICE